**Order entered February 19, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00608-CV

## IN RE BEN E. KEITH COMPANY AND ANDREW RUTKOWSKI, Relators

**Original Proceeding from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-05464**

## ORDER
Before Justices Schenck, Reichek, and Evans

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus.

/s/    DAVID J. SCHENCK
       JUSTICE